EDWARD H. KUBO, JR.       #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 3 2003

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. CR03-00437 SOM |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | |
| ANTHONY E. WILLIAMS, | ) | [26 U.S.C. § 5845(a), (b) and 5861(d)] |
| Defendant. | ) | |

### I N D I C T M E N T

~~(18 U.S.C. § 922(g)(1))~~

The Grand Jury charges that:

On or about May 9, 2003, in the District of Hawaii, defendant ANTHONY E. WILLIAMS, did knowingly receive and possess a rifle with an overall length of less than twenty-six inches, to

wit: a Charter Arms AR-7 .22 caliber rifle bearing Serial Number A34471, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845(a),(b) and 5861(d).

DATED: September 3, 2003 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. ANTHONY E. WILLIAMS
Cr. No.
"INDICTMENT"