# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
4/10/2006  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00437SOM |
| CASE NAME: | USA vs. Anthony Earl Williams |
| ATTYS FOR PLA: | Darren Ching<br>J. Martin Romualdez (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 4/10/2006 | TIME: | 1:35 - 1:50 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Anthony Earl Williams present.

USPO updated the Court on the defendant's status at Salvation Army.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: Time Served.

Supervised Release: 35 Months.  Court deems the supervised release period to have commenced on 12/6/05.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of sentencing and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in a substance abuse treatment program, which may include drug and alcohol testing or residential treatment, at the discretion and direction of the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.  The defendant to complete the Salvation Army Adult Rehabilitation Center Program.

- That the defendant execute all financial disclosure forms requested by the Probation Office and provide access to any requested financial information.

- That the defendant shall not purchase, possess or consume alcohol, and shall submit to no more than eight valid alcohol tests per month during the term of supervision, unless there is a positive alcohol test, in which event the maximum shall increase to up to one valid alcohol test per day.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to appeal

Submitted by: Toni Fujinaga, Courtroom Manager.