# MINUTES

CASE NUMBER:     CR 03-00437SOM

CASE NAME:       USA vs. Anthony Earl Williams

ATTYS FOR PLA:   Mark Inciong

ATTYS FOR DEFT:  Alexander Silvert

                 Jonathan Skedeleski (USPO)

JUDGE:    Susan Oki Mollway          REPORTER:   FTR - BB

DATE:     2/14/2008                  TIME:       2:15 - 2:30

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Anthony Earl Williams present and in custody.

Defendant admits to violation nos. 1 and 2.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Allocution by Defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 1 Year and 1 Day.

No Supervised Release imposed.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.