AO 245D     (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

FEB 20 2008

at 8 o'clock and 50 min. A M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **ANTHONY E. WILLIAMS** | Criminal Number:  1:03CR00437-001 |
| (Defendant's Name) | USM Number:  90793-022 |
| | Alexander Silvert AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of conditions  __General Condition and Standard Conditions Nos. 3 and 7__  of the term of supervision.

[ ]  was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

FEBRUARY 14, 2008
Date of Imposition of Sentence

Defendant's Soc. Sec. No.:  **5781**

Defendant's Residence Address:
**Wahiawa, HI 96786**

/s/ Susan Oki Mollway
Signature of Judicial Officer

Defendant's Mailing Address:
**Wahiawa, HI 96786**

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

FEB 15 2008
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00437-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | ANTHONY E. WILLIAMS | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject admitted using methamphetamine | 2/5/08 and 2/7/08 |
| 2 | Subject failed to answer truthfully inquiries of the probation officer | 2/5/08 and 2/7/08 |

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
              Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:    1:03CR00437-001 | Judgment - Page 3 of 3 |
| DEFENDANT:    ANTHONY E. WILLIAMS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ONE (1) YEAR and ONE (1) DAY

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before __ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                 UNITED STATES MARSHAL

                               By _____
                                                   Deputy U.S. Marshal